COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 




 
 
  
 TRAVIS
 ARRINGTON,
  
                             Appellant,
  
 v.
  
 COUNTY OF EL
 PASO, TEXAS AND LEO SAMANIEGO, SHERIFF OF EL PASO COUNTY, TEXAS,
  
                             Appellees.
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-03-00371-CV
  
 Appeal from the
  
 346th District Court
  
 of El Paso County, Texas
  
 (TC#2002-1492)
 
 




 

MEMORANDUM
OPINION

On January 27, 2004, this Court gave
notice to pro se appellant that it appears he no longer wishes to pursue this
appeal, as neither appellant=s brief nor motion for extension of time has been filed.  We have received no response to that
notice.  Therefore,
pursuant to Tex. R. App. P. 38.8 the case is hereby
dismissed for want of prosecution.

 

SUSAN
LARSEN, Justice

March 4, 2004

 

Before Panel No. 1

Larsen, McClure, and Chew,
JJ.